JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| EMILY ZAPATA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, and DOES 1-10,<br><br>　　　　Defendants. | **Case No.: 8:20-cv-00607-JLS-KES**<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO SUPERIOR COURT OF CALIFORNIA FOR ORANGE COUNTY** |

# ORDER

The Court, having considered the Parties' Joint Stipulation to Remand this Action to the Superior Court of California for Orange County, and good cause appearing, the Court hereby ORDERS as follows:

1. Plaintiff's Motion to Remand is hereby GRANTED; and
2. This matter is REMANDED to the Superior Court of California for Orange County, Case No. 30-2019-01115357-CU-BC-CJC.

**IT IS SO ORDERED.**

Dated: June 09, 2020

_____
Hon. Josephine L. Staton
United States District Judge